# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Whitney Wade, | **NO. CV-23-00311-TUC-RM (BGM)** |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed January 2, 2024, the decision of the Commissioner of Social Security is reversed, and this case is remanded to the Social Security Administration for further proceedings consistent with the Order.

Debra D. Lucas
District Court Executive/Clerk of Court

January 2, 2024

s/ B. Cortez
By     Deputy Clerk